UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 10-459 (DRD) |
| vs. | |
| RICK ZARKOS, | **ORDER DIRECTING RETURN OF PASSPORT TO DEFENDANT** |
| Defendant | |

**THIS MATTER** having been brought before the Court on the letter application dated January 25, 2011 of the defendant (through his counsel, Richard J. Sapinski, Esq.) for the entry of an Order directing the Pretrial Services Agency to return the defendant's U.S. passport to him, and it appearing that the proceedings in this matter have been concluded, and for good cause shown,

IT IS on this _28th_ day of _January_, 2011

ORDERED that the Pretrial Services Agency return the defendant's U.S. passport to the defendant.

HON. DICKINSON R. DEBEVOISE
United States District Judge